# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:14–cv–00578–ACC–KRS

| | |
|---|---|
| PHD Research Group, Inc. v. Asetek, A/S et al | Date Filed: 04/10/2014 |
| Assigned to: Chief Judge Anne C. Conway | Jury Demand: Both |
| Referred to: Magistrate Judge Karla R. Spaulding | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**PHD Research Group, Inc.**
*a Florida corporation*

represented by **Robert L. Wolter**
Beusse Wolter Sanks Mora &Maire, PA
Suite 2500
390 N Orange Ave
Orlando, FL 32801
407/926–7706
Fax: 407/926–7720
Email: rwolter@iplawfl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Asetek, A/S**
*a foreign corporation*

represented by **Charles J. Cacciabeve**
Carlton Fields Jorden Burt, PA
PO Box 1171
Orlando, FL 32802–1171
407/849–0300
Fax: 407/648–9099
Email: ccacciabeve@cfjblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chris S. Coutroulis**
Carlton Fields Jorden Burt, PA
PO Box 3239
Tampa, FL 33601
813/223–7000
Fax: 813/229–4133
Email: ccoutroulis@cfjblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Smyth**
Finnegn Henderson Farabow Garrett &Dunner LLP
3300 Hillview Ave.
Palo Alto, CA 94304
650/849–6618
Fax: 650/849–6666

Email: jeffrey.smyth@finnegan.com
*ATTORNEY TO BE NOTICED*

**Lily Lim**
Finnegn Henderson Farabow Garrett &Dunner LLP
3300 Hillview Ave.
Palo Alto, CA 94304
650/849−6619
Fax: 650/849−6666
Email: lily.lim@finnegan.com
*ATTORNEY TO BE NOTICED*

**Robert F. McCauley**
Finnegn Henderson Farabow Garrett &Dunner LLP
3300 Hillview Ave.
Palo Alto, CA 94304
650/849−6673
Fax: 650/849−6666
Email: robert.mccauley@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Asetek USA, Inc.**
*a Delaware corporation*

represented by **Charles J. Cacciabeve**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chris S. Coutroulis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Smyth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lily Lim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. McCauley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2014 | Ï 1 | COMPLAINT against Asetek USA, Inc., Asetek, A/S with Jury Demand (Filing fee $ 400 receipt number ORL−33239) filed by PHD Research Group, Inc. (Attachments: # 1 Exhibits A−B, # 2 Civil Cover Sheet)(LMM) (Entered: 04/11/2014) |

| | | |
|---|---|---|
| 04/11/2014 | Ï 2 | Patent Report sent to Alexandria, VA. (Attachments: # 1 Complaint, # 2 Exhibit A and B) (LMM) (Entered: 04/11/2014) |
| 04/17/2014 | Ï 3 | ORDER that the Clerk of the Court is directed to REASSIGN this case to another District Judge for all further proceedings. Signed by Senior Judge G. Kendall Sharp on 4/17/2014. (DB) (Entered: 04/17/2014) |
| 04/18/2014 | Ï 4 | Case Reassigned to Chief Judge Anne C. Conway as presider. New case number: 6:14–cv–578–orl–22KRS. Senior Judge G. Kendall Sharp no longer assigned to the case. (JEV) (Entered: 04/18/2014) |
| 04/18/2014 | Ï 5 | RELATED CASE ORDER, NOTICE OF DESIGNATION under Local Rule 3.05–Track 2, INTERESTED PERSONS ORDER and ORDER Requiring Electronic Filing. Notice of pendency of other actions due by 5/2/2014. Certificate of interested persons and corporate disclosure statement due by 5/2/2014. Signed by Chief Judge Anne C. Conway on 4/18/2014. (SR)(ctp) (Entered: 04/18/2014) |
| 05/02/2014 | Ï 6 | NOTICE of pendency of related cases per Local Rule 1.04(d) by PHD Research Group, Inc.. Related case(s): Yes (Wolter, Robert) (Entered: 05/02/2014) |
| 05/02/2014 | Ï 7 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Related case/interested persons/ECF–2 by PHD Research Group, Inc.. (Wolter, Robert) (Entered: 05/02/2014) |
| 06/06/2014 | Ï 8 | SUMMONS issued as to Asetek USA, Inc. (MAL) (Entered: 06/06/2014) |
| 07/11/2014 | Ï 9 | Unopposed MOTION for Extension of Time to File Response/Reply by All Defendants. (Cacciabeve, Charles) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 07/11/2014) |
| 07/12/2014 | Ï 10 | ENDORSED ORDER granting 9 Motion for Extension of Time to File Response to Complaint. New deadline: 7/21/2014. Signed by Magistrate Judge Karla R. Spaulding on 7/12/2014. (Spaulding, Karla) (Entered: 07/12/2014) |
| 07/21/2014 | Ï 11 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand by Asetek USA, Inc., Asetek, A/S.(Cacciabeve, Charles) (Entered: 07/21/2014) |
| 07/21/2014 | Ï 12 | RELATED CASE ORDER,INTERESTED PERSONS ORDER and ORDER Requiring Electronic Filing directed to DEFENDANTS. Notice of pendency of other actions due by 8/4/2014. Certificate of interested persons and corporate disclosure statement due by 8/4/2014. Signed by Chief Judge Anne C. Conway on 7/21/2014. (SR)(ctp) (Entered: 07/21/2014) |
| 07/21/2014 | Ï 13 | Entered in error. Modified on 7/21/2014 (SR). (Entered: 07/21/2014) |
| 08/04/2014 | Ï 14 | NOTICE of pendency of related cases re 5 Related case/interested persons/ECF–2 per Local Rule 1.04(d) by Asetek USA, Inc., Asetek, A/S. Related case(s): no (Coutroulis, Chris) (Entered: 08/04/2014) |
| 08/04/2014 | Ï 15 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Related case/interested persons/ECF–2 by Asetek USA, Inc., Asetek, A/S. (Cacciabeve, Charles) (Entered: 08/04/2014) |
| 08/25/2014 | Ï 16 | CASE MANAGEMENT REPORT. (Wolter, Robert) (Entered: 08/25/2014) |
| 09/04/2014 | Ï 17 | CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Chief Judge Anne C. Conway on 9/4/2014. (SR) (Entered: 09/04/2014) |
| 09/04/2014 | Ï 18 | CASE REFERRED to Mediation. (MAA) (Entered: 09/05/2014) |

| | | |
|---|---|---|
| 09/04/2014 | ï | Set/reset hearings: Claim Construction Hearing set for 4/30/2015 at01:30 PM in Orlando Courtroom 6 A before Chief Judge Anne C. Conway. (MAA) (Entered: 09/05/2014) |
| 09/04/2014 | ï | Set/reset scheduling order deadlines: Amended Pleadings due by 11/10/2014, Joinder of Parties due by 11/10/2014, Fact Discovery due by 12/18/2015, Dispositive motions due by 2/5/2016, Pretrial statement due by 4/19/2016, All other motions due by 3/8/2016, Jury Trial set for 6/1/2016 at 09:00 AM in Orlando Courtroom 6 A before Chief Judge Anne C. Conway., Conduct mediation hearing by 2/10/2016. Lead counsel to coordinate dates., Disclosure of Rebuttal Expert Reports due by 10/16/2015, Disclosure of Expert Reports on Issues Where the Party Bears theBurden of Proof due by 9/21/2015 (MAA) (Entered: 09/05/2014) |
| 09/09/2014 | ï 19 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Robert F. McCauley, appearing on behalf of Asetek USA, Inc., Asetek, A/S (Filing fee $10 receipt number ORL–37028.). (MAA) (MAA). (Entered: 09/09/2014) |
| 09/09/2014 | ï 20 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Lily Lim, appearing on behalf of Asetek USA, Inc., Asetek, A/S (Filing fee $10 receipt number ORL–37028.). (MAA) (MAA). (Entered: 09/09/2014) |
| 09/09/2014 | ï 21 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Jeffrey D. Smyth, appearing on behalf of Asetek USA, Inc., Asetek, A/S (Filing fee $10 receipt number ORL–37028.). (MAA) (MAA). (Entered: 09/09/2014) |
| 09/09/2014 | ï 22 | Unopposed MOTION for Lily Lim to appear pro hac vice by All Defendants. (Cacciabeve, Charles) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/09/2014) |
| 09/09/2014 | ï 23 | Unopposed MOTION for Jeffrey D. Smyth to appear pro hac vice by All Defendants. (Cacciabeve, Charles) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/09/2014) |
| 09/09/2014 | ï 24 | Unopposed MOTION for Robert F. McCauley to appear pro hac vice by All Defendants. (Cacciabeve, Charles) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/09/2014) |
| 09/09/2014 | ï 25 | ORDER granting 22 motion to appear pro hac vice; granting 23 motion to appear pro hac vice; granting 24 motion to appear pro hac vice. Lily Lim, Jeffrey D. Smyth, and Robert F. McCauley may specially appear in this case as counsel for Defendants. Signed by Magistrate Judge Karla R. Spaulding on 9/9/2014. (LAK) (Entered: 09/09/2014) |
| 09/11/2014 | ï 26 | MOTION to transfer case *to Northern District of California and Memorandum of Law in Support Thereof* by All Defendants. (Cacciabeve, Charles) (Entered: 09/11/2014) |
| 09/11/2014 | ï 27 | NOTICE OF FILING *Declaration of Peter Dam Madsen in Support of Motion to Transfer* by Asetek USA, Inc., Asetek, A/S re 26 MOTION to transfer case *to Northern District of California and Memorandum of Law in Support Thereof* . (Cacciabeve, Charles) Modified on 9/12/2014 (MAA). (Entered: 09/11/2014) |
| 09/25/2014 | ï 28 | MEMORANDUM in opposition re 26 Motion to transfer case filed by PHD Research Group, Inc.. (Wolter, Robert) (Entered: 09/25/2014) |
| 09/25/2014 | ï 29 | NOTICE *of Filing Declarations* by PHD Research Group, Inc. re 28 Memorandum in opposition. (Attachments: # 1 Exhibit "1", # 2 Exhibit "2", # 3 Exhibit "3")(Wolter, Robert) Modified on 9/26/2014 (MAA). (Entered: 09/25/2014) |
| 10/02/2014 | ï 30 | *Amended* ANSWER and affirmative defenses to 1 Complaint with Jury Demand by Asetek USA, Inc., Asetek, A/S.(Cacciabeve, Charles) (Entered: 10/02/2014) |
| 10/23/2014 | ï 31 | |

| | | Case5:14-cv-04753-EJD Document32 Filed10/28/14 Page5 of 5 |
| --- | --- | --- |
| | | ORDER granting 26 Motion to Transfer. This case is hereby TRANSFERRED to the United States District Court for the Northern District of California, San Jose Division. The Clerk is directed to CLOSE this case. Signed by Chief Judge Anne C. Conway on 10/23/2014. (SR) (Entered: 10/23/2014) |