KRIS S. LE FAN (No. 278611)
Email: kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 W. Olympic Blvd.
Suite 640
Los Angeles, California 90064
Telephone:   310/477-5811
Facsimile:    310/477-7672

Attorneys for Plaintiff
PHD RESEARCH GROUP, a Florida corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PHD RESEARCH GROUP, a Florida Corporation,<br><br>    Plaintiff(s),<br><br>vs.<br><br>ASETEK, A/S, a foreign corporation and ASETEK USA, INC., a Delaware corporation,<br><br>    Defendant(s). | Case Number: **C 14-04753 EJD**<br><br>NOTICE OF STIPULATION FOR DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER |

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff PHD Research Group and Defendants Asetek, A/S and Asetek USA, Inc., (the "Parties") filed a Notice of Settlement and a Stipulation to Stay Proceedings on February 24, 2015 (Dkt. #39). On February 25, 2015, the Court vacated all pretrial deadlines and terminated all pending motions. Dkt. # 41. In addition, the Court issued an Order to Show Cause for the Parties to explain why the case should not be dismissed and provided that the Order to Show Cause shall be automatically vacated if the Parties file a stipulated dismissal prior to May 14, 2015.

The Parties, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate that all claims and counterclaims in this case are dismissed in their entirety with prejudice. Each party shall be responsible for their own attorneys' fees and costs.

I declare under penalty of perjury that Defendants' counsel, Lily Lim of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, has indicated to me her consent to filing this pleading.

Dated this 8th day of April, 2015.

Respectfully submitted,

| | |
|---|---|
| KRIS S. LE FAN (No. 278611) <br> Email: kris@lowelaw.com <br> LOWE & ASSOCIATES, P.C. <br> 11400 W. Olympic Blvd. <br> Suite 640 <br> Los Angeles, California 90064 <br> Telephone:   310/477-5811 <br> Facsimile:    310/477-7672 <br><br> By:    /s/ Kris S. Le Fan | ROBERT F. McCAULEY (No. 162056) <br> Email: robert.mccauley@finnegan.com <br> LILY LIM (No. 214536) <br> Email: lily.lim@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, <br>      GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, California 94304-1203 <br> Telephone:   650/849-6600 <br> Facsimile:    650/849-6666 <br> Attorneys for Defendants <br> ASETEK, A/S and ASETEK USA, INC. |

And                                                                By:         /s/ Lily Lim

ROBERT L. WOLTER (*Pro Hac Vice*)
Florida Bar No.: 0906344
BEUSSE WOLTER SANKS & MAIRE, P.A.
390 North Orange Avenue
Suite 2500
Orlando, Florida 32801
Telephone: (407) 926-7700
Email: rwolter@iplawfl.com

Attorneys for Plaintiff
PHD RESEARCH GROUP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed utilizing the CM ECF system this 8th day of April, 2015.

/s/ Kris S. Le Fan
Attorney

**ORDER**

Pursuant to the parties' Joint Stipulation and good cause appearing therefore, it is:

**ORDERED** that all claims and counterclaims in this case are DISMISSED in their entirety with prejudice. The February 25, 2015 Order to Show Cause (Dkt. #41) is VACATED and the Parties are relieved of the obligation to file a joint statement. All other pretrial deadlines and hearing dates are VACATED, and any pending motions are TERMINATED. Each party shall bear its own attorney fees and costs. The Clerk is directed to close this file.

IT IS SO ORDERED.

Dated: 4/10/2015

UNITED STATES JUDGE
Edward J. Davila